

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00218-CV

| | | |
|---|---|---|
| Laura Hatchel, as Next Friend of C.H. | § | From the 211th District Court |
| | § | of Denton County (2012-30404-211) |
| v. | § | May 8, 2014 |
| Michelle Hacker, FNP-C | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that Appellee Michelle Hacker, FNP-C shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier_____
Justice Bill Meier